**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sonia Fierros, | No. CV-24-02562-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Remand to the Agency (Doc. 21). Pursuant to the parties' stipulation, this action is remanded under section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Acting Commissioner of Social Security ("Commissioner") will further develop the record as necessary and issue the Plaintiff a new decision.

Accordingly,

**IT IS HEREBY ORDERED** the parties' Stipulation for Remand to the Agency (Doc. 21) is **GRANTED**. The matter is remanded to the Social Security Administration.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 21st day of April, 2025.

Honorable Diane J. Humetewa
United States District Judge